# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0392
_____

LaWAYNE HENDERSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.

October 29, 2025

PER CURIAM.

Because the lower tribunal has ruled on Petitioner's motion for new trial and/or alternatively, motion for evidentiary hearing based on newly discovered facts and Petitioner's motion to vacate, set aside unlawful sentence under rule 3.800(a), the Court dismisses the petition for writ of mandamus as moot. *See Farrior v. State*, 343 So. 3d 159, 160 (Fla. 1st DCA 2022); *Granville v. State*, 382 So. 3d 792 (Fla. 1st DCA 2024).

LEWIS, ROBERTS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

LaWayne Henderson, pro se, Petitioner.

James Uthmeier, Attorney General, and Trisha Meggs Pate, Tallahassee Bureau Chief, Tallahassee, for Respondent.